Dated: New York, New York
August 7, 2009

                                            Respectfully submitted,

                                            LEV L. DASSIN
                                            Acting United States Attorney for the
                                            Southern District of New York
                                            Attorney for Plaintiff

                       By:   /s/
                             KIRTI VAIDYA REDDY
                             Assistant United States Attorney
                             86 Chambers Street, 3d Floor
                             New York, NY  10007
                             Tel.:  (212) 637-2751
                             Fax:  (212) 637-2786